William D. Hyslop
United States Attorney
Eastern District of Washington
Stephanie Van Marter
Assistant United States Attorney
Post Office Box 1494
Spokane, WA 99210-1494
Telephone: (509) 353-2767

FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

**Dec 01, 2020**

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF WASHINGTON

UNITED STATES OF AMERICA,

    Plaintiff,

v.

REGINALDO BELTRAN-FELIX,
ROSENDO BASAN LOPEZ,

    Defendants.

4:20-CR-6041-SMJ

INDICTMENT

Vio.: 21 U.S.C. §§ 841(a)(1),
(b)(1)(A)(viii), 846
Conspiracy to Distribute 50
Grams or More of Actual (Pure)
Methamphetamine
(Count 1)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Distribution of 50 Grams or
More of Actual (Pure)
Methamphetamine
(Count 2)

21 U.S.C. § 841(a)(1),
(b)(1)(A)(viii)
Possession with Intent to
Distribute 50 Grams or More of
Actual (Pure) Methamphetamine
(Count 3)

Forfeiture Allegations
21 U.S.C. § 853

INDICTMENT – 1

The Grand Jury charges:

## COUNT 1

Beginning on a date unknown, but by August 2020, and continuing until on or about November 20, 2020, in the Eastern District of Washington and elsewhere, the Defendants, REGINALDO BELTRAN-FELIX and ROSENDO BASAN LOPEZ, and other individuals, both known and unknown to the Grand Jury, did knowingly and intentionally combine, conspire, confederate and agree together with each other to commit the following offense: distribution of 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(A)(viii), 846.

## COUNT 2

On or about September 16, 2020, in the Eastern District of Washington, the Defendants, REGINALDO BELTRAN-FELIX and ROSENDO BASAN LOPEZ, knowingly and intentionally distributed 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii).

## COUNT 3

On or about November 20, 2020, in the Eastern District of Washington, the Defendants, REGINALDO BELTRAN-FELIX and ROSENDO BASAN LOPEZ, did knowingly and intentionally possessed with intent to distribute 50 grams or more of actual (pure) methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(A)(viii) and 18 U.S.C. § 2.

## NOTICE OF CRIMINAL FORFEITURE ALLEGATIONS

The allegations contained in this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeitures.

Pursuant to 21 U.S.C. § 853, upon conviction of an offense in violation of 21 U.S.C. § 841(a)(1), as charged in Counts 1-3 of this Indictment, the Defendants,

INDICTMENT – 2

REGINALDO BELTRAN-FELIX and ROSENDO BASAN LOPEZ, shall forfeit to the United States of America, any property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such offenses and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offenses.

If any forfeitable property, as a result of any act or omission of the Defendants:

(a) cannot be located upon the exercise of due diligence;

(b) has been transferred or sold to, or deposited with, a third party;

(c) has been placed beyond the jurisdiction of the court;

(d) has been substantially diminished in value; or

(e) has been commingled with other property which cannot be divided without difficulty,

the United States of America shall be entitled to forfeiture of substitute property pursuant to 21 U.S.C. § 853(p).

DATED this 1st day of December 2020.

A TRUE BILL

_____
William D. Hyslop
United States Attorney

_____
Stephanie Van Marter
Assistant United States Attorney

INDICTMENT – 3